United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 20, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30261

BARBARA GASPARD; DONNA DUGAS, individually and on behalf of Baily
Dugas; KELLY DUGAS, individually and on behalf of Baily Dugas;
MARK DUGAS,

Plaintiffs-Appellants,

versus

LIBERTY MUTUAL INSURANCE CO; ET AL

Defendants,

LIBERTY MUTUAL INSURANCE CO; SEARS ROEBUCK & CO;
SCHINDLER ELEVATOR CORP, formerly known as
Schindler Haughton Elevator Corp,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
Case No. 6:03-CV-1313

Before JONES, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The court has carefully reviewed this appeal in light of
the briefs, oral arguments, and pertinent parts of the record.
Having done so, we find no reversible error of law or fact and
therefore <u>AFFIRM</u> for essentially the reasons stated by the trial
court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

**AFFIRMED.**